CRAIG RICE-BISHOP, Respondent, *v.* ST. NICHOLAS SPORTS ARENA, INC., Appellant, et al., Defendants.

Submitted February 28, 1955; decided March 3, 1955.

*Sidney N. Zipser* for motion.

*Leon C. Carlen, Jacob D. Fuchsberg* and *Hannibal Milano* opposed.

Motion dismissed upon the ground that the order does not finally determine the action within the meaning of the Constitution.